FILED
April 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. CR S-03-0530 EJG
      Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
LORRAINE ANN BLANTON, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LORRAINE ANN BLANTON__, Case No. __CR S-03-0530 EJG__, Charge __18 USC § 3606__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond $_____

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        __    (Other) _____

Issued at __Sacramento, CA__ on __April 27, 2006__ at __2:20 p.m.__.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal