|   |   |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
|   | Acting Federal Defender |
| 2 | CARO MARKS, Bar #159267 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

**FILED**

MAY - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for Defendant
LORRAINE ANN BLANTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. Cr-S-03-530 EJG
                                    )
            Plaintiff,               )
                                    ) NOTICE OF HEARING
      v.                            )
                                    )
LORRAINE ANN BLANTON,               ) Date:  May 19, 2006
                                    ) Time:  10:00 a.m.
            Defendant.              ) Judge: Edward J. Garcia
                                    )
_____)

The current Revocation hearing date of May 12, 2006 is vacated and a new Revocation hearing date of May 19, 2006 is set.

All parties including the courtroom clerk have been notified and are in agreement to this continuance.

Dated: May 1, 2006                      Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

                                        /s/ Caro Marks
**IT IS SO ORDERED**                    _____
    [signature]                         CARO MARKS
                                        Assistant Federal Defender
    5/1/06                              Attorney for Defendant
                                        LORRAINE ANN BLANTON